UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                    :

Justin Valencia,                      :

                  Plaintiff,      :

                      :             25-cv-7757 (LJL)

     -v-                  :

                      :              ORDER

7th Street BB Holdco, LLC,      :

                      :

              Defendant.   :

                      :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Plaintiff shall submit any motion for default judgment by February 20, 2026. If Defendant appears before that date, Plaintiff is relieved of that obligation and shall file a motion requesting a conference before this Court.

Plaintiff shall serve a copy of this order on Defendant at the addresses it has for Defendant and shall file proof of service on the docket.

SO ORDERED.

Dated: December 18, 2025
      New York, New York                  _____
                                     LEWIS J. LIMAN
                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2025