UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JUSTIN VALENCIA, on behalf of himself and all others  :
similarly situated                                                 :
                                                                   :
                              Plaintiffs,                          :          25-cv-7757 (LJL)
                                                                   :
              -v-                                                  :          ORDER
                                                                   :
7TH STREET BB HOLDCO, LLC,                                         :
                                                                   :
                              Defendant.                           :
                                                                   X
----------------------------------------------------------------------

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 4/17/2026 |

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this

case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and

without prejudice to restoring the action to the Court's calendar, provided the application to

restore the action is made within sixty (60) days of this Order.  Any application to reopen filed

after sixty (60) days from the date of this Order may be denied solely on that basis.  Any pending

motions are DISMISSED as moot, and all conferences and deadlines are CANCELED.


        SO ORDERED.

Dated: April 17, 2026                          _____
       New York, New York                              LEWIS J. LIMAN
                                                     United States District Judge